# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

2013-1514

NAZOMI COMMUNICATIONS, INC.,

                            Plaintiff-Appellant,

v.

NOKIA CORPORATION and NOKIA, INC.,

                            Defendants-Appellees,

and

AMAZON.COM, INC.,

                            Defendant-Appellee,

and

VIZIO, INC.,

                            Defendant-Appellee,

and

WESTERN DIGITAL CORPORATION,
WESTERN DIGITAL TECHNOLOGIES, INC.,
and SLING MEDIA, INC.,

                            Defendants.

_____

**STIPULATION TO DISMISS APPEAL**

Appeal from the United States District Court for the Northern District of California in case no. 10-CV-4686, Senior Judge Ronald M. Whyte.

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and the Federal Circuit Rules, Nazomi Communications, Inc., Nokia Corporation, Nokia Inc., Amazon, Inc. and Vizio, Inc. stipulate to dismissal of this appeal, without prejudice to any party filing a notice of appeal in the District Court after entry of final judgment.

Each party agrees to bear their own costs.

| | |
|---|---|
| September 17, 2013 | Respectfully Submitted, |
| /s/ Steven T. Snyder | /s/ Benjamin M. Snitkoff |
| Steven T. Snyder, Esq.<br>King & Spalding LLP<br>Suite 3900<br>100 N. Tryon St<br>Charlotte, NC 28202<br>Phone: (704) 503-2630<br><br>*Counsel for Nokia Corporation and Nokia Inc.* | William D. Belanger<br>Frank D. Liu<br>Benjamin M. Snitkoff<br>Pepper Hamilton LLP<br>125 High Street<br>19th Fl. High Street Tower<br>Boston, MA 02110<br>Phone: (617) 204-5100<br><br>*Counsel for Nazomi Communications, Inc.* |
| /s/ Mary-Olga Lovett | /s/ James L. Duncan |
| Mary-Olga Lovett<br>Greenberg Traurig<br>1000 Louisiana Street<br>Suite 1700<br>Houston, TX 77002<br>Phone: (713) 374-3500<br><br>*Counsel for Amazon.Com, Inc.* | Kevin Gerard McBride, Esq.<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>633 West 5th Street<br>Suite 5000<br>Los Angeles, CA 90071<br>Phone: (213) 254-1290 |

James L. Duncan, III, Attorney
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana
44th Floor
Houston, TX 77002
Phone: (713) 250-2227

*Counsel for Vizio, Inc.*

# CERTIFICATE OF SERVICE

I, Ashley McDonough, hereby certify that on Tuesday, September 17, 2013 true and correct copies of the foregoing document were served upon the following parties as indicated below:

| | |
|---|---|
| **Nokia Corporation and Nokia, Inc**<br>Steven T. Snyder, Esq.<br>Direct: 704-503-2630<br>Email: ssnyder@kslaw.com<br>King & Spalding LLP<br>Suite 3900<br>100 N. Tryon St<br>Charlotte, NC 28202 | ☑Via Electronic filing |
| **Amazon.com, Inc.**<br>Anthony Frank Matheny, Esq., Attorney<br>Direct: 713-374-3583<br>Email: mathenya@gtlaw.com<br>Fax: 713-754-7583<br>Greenberg Traurig LLP<br>1000 Louisiana Street<br>Houston, TX 77002<br><br>Mary-Olga Lovett<br>Greenberg Traurig<br>1000 Louisiana Street<br>Suite 1700<br>Houston, TX 77002<br>Phone: (713) 374-3500 | ☑Via Electronic filing |
| **Vizio, Inc.**<br>Kevin Gerard McBride, Esq.<br>Direct: 213-254-1290<br>Email: kmcbride@akingump.com<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>633 West 5th Street<br>Suite 5000<br>Los Angeles, CA 90071<br><br>James L. Duncan, III, Attorney<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>1111 Louisiana<br>44th Floor<br>Houston, TX 77002<br>Phone: (713) 250-2227 | ☑Via Electronic filing |

*Ashley McDonough* (signature)

**Ashley McDonough**
IP Litigation Paralegal
PEPPER HAMILTON LLP
19th Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
Direct: 617.204.5174
Email: mcdonougha@pepperlaw.com